UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN; et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 14-1638 SI (pr)<br><br>**ORDER EXTENDING DEADLINE** |

Plaintiff has filed an "ex parte application for shortening of time to hear motion for order and sanction for contempt of the orders of the Supreme Court June 2011 generally and February 10, 2014 specifically" and an "ex parte application for notice of errata of court clerk's error and motion of notice and ruling regarding submitted matters." (Docket # 13 and # 14.) The applications are DENIED. The first order of business in this case is for plaintiff to comply with the May 12, 2014 orders to file an amended complaint and response to the order to show cause why pauper status should not be revoked. The court now extends the deadline for plaintiff to file those documents: Plaintiff must file an amended complaint and response to the order to show cause no later than **July 25, 2014**. The court will not entertain any other applications, requests, or motions until after plaintiff has filed those documents and after the court determines (if it does) that plaintiff can proceed as a pauper and that he has a viable amended complaint.

　　IT IS SO ORDERED.

Dated: June 6, 2014　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge