UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON, | No. C 14-1638 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EDMUND G. BROWN, JR.; et al., | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 9, 2014

_____
SUSAN ILLSTON
United States District Judge