UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON, | No. C 14-1638 SI (pr) |
| Plaintiff, | **ORDER DENYING ADDITIONAL POST-JUDGMENT MOTIONS** |
| v. | |
| EDMUND G. BROWN, JR.; et al., | |
| Defendants. | |

This case was dismissed and judgment entered on September 9, 2014. The court denied plaintiff's later-filed motions to vacate the judgment and file an amended complaint. Plaintiff has filed two more post-judgment requests.

Plaintiff filed a second "ex parte application for notice and rulings on submitted matters." Docket # 30. The application is DENIED because there is no motion or other matter that has been under submission in this case for more than 120 days. *See* N.D. Cal. Local Rule 7-13.

Plaintiff filed an "ex parte application for motion to the executive committee to re-open case and re-assignment" to Judge Henderson. Docket # 31. The application is DENIED because there is no reason to re-open the case, and there is no reason to reassign a closed case. *See* Docket # 29 at 1 (rejecting earlier effort described as one in a series of efforts by plaintiff that were "trying to steer his case to Judge Henderson, who had declined to relate this case to the *Plata* prison conditions class action").

1  Plaintiff may not file any more motions, applications or requests in this closed case.  If
2 he wants to take an appeal, he should file a notice of appeal and then pursue his arguments in
3 the Ninth Circuit.
4  IT IS SO ORDERED.
5 Dated: December 2, 2014

_____
SUSAN ILLSTON
United States District Judge